JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE MITCHELL, | CASE NO.: CV 11-4946-GW(PJWx) |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| vs. | [Lodged Concurrently With:<br> - [Stipulation for Dismissal] |
| METROPOLITAN LIFE INSURANCE COMPANY; and, RESOURCES GLOBAL PROFESSIONALS EMPLOYEE WELFARE PLAN, | |
| Defendants. | Complaint Filed: June 10, 2011 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

s:\gw\civil\mitchell 10-4946\la11cv04946gw-o js-6.doc

# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice. IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her/its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: March 5, 2012

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Submitted by:

BARGER & WOLEN LLP

/s/ *Robert K. Renner*
ROBERT K. RENNER
JAMES C. CASTLE
Attorneys for Defendants